JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA—WESTERN DIVISION

| | |
|---|---|
| WELLS FARGO BANK, NATIONAL ASSOCIATION, as securities intermediary,<br><br>Plaintiff,<br><br>v.<br><br>TRANSAMERICA LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:19-cv-06791-CAS-GJSx<br><br>[~~PROPOSED~~] **ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge:      The Hon. Christina A. Snyder<br>SAC Filed:  February 27, 2020<br>Trial Date: None Set |

Based on the Parties' Stipulation for Dismissal with Prejudice,

IT IS HEREBY ORDERED THAT the entire action is dismissed with prejudice, with each Party to bear its own attorney's fees and costs.

**IT IS SO ORDERED.**

Dated: August 30, 2021

*Christina A. Snyder*
The Hon. Christina A. Snyder
United States District Judge